UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X   21 MC 100 (AKH)

Hon. Alvin K. Hellerstein,
U.S.D.J.

IN RE: WORLD TRADE CENTER DISASTER SITE
LITIGATION

**RULE 7.1 STATEMENT OF**
**TULLY CONSTRUCTION**
**CO., INC.**

------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Tully Construction Co., Inc. certifies that Tully Construction Co., Inc. is a privately held company and that no parent corporation or publicly held corporation owns any interest therein.

Dated: Newark, New Jersey
       November 28, 2006

PATTON BOGGS LLP

By: *[signature]*
James E. Tyrrell, Jr. (JT-6837)
One Riverfront Plaza, 6th floor
Newark, NJ 07102
(973) 868-5600
JTyrrell@PattonBoggs.com

*Attorneys for defendant* Tully Construction Co., Inc.